**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EDWYN FU-URBINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO.  CIV- 26-0495-HE |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 granted in part.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE